UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

       Plaintiff,

v.                                                              ORDER ADOPTING
                                                                REPORT AND RECOMMENDATION
Derrick Angelo Harper,

       Defendant.                           Crim. No. 16-75 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. Defendant's Motion to Suppress Statements, [Docket No. 23], is **GRANTED, in part and DENIED, in part as set forth in the Report and Recommendation** [Docket No. 37].

2. Defendant's Motion to Suppress Search and Seizure, [Docket No. 24], is **DENIED as moot**.

DATED: June 20, 2016                                s/Michael J. Davis
At Minneapolis, Minnesota                           Michael J. Davis
                                                    United States District Court